CLERK'S OFFICE U.S. DIST COURT
AT ROANOKE, VA
FILED

JUL 26 2007

JOHN F. CORCORAN, CLERK
BY:
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| JO'NATHAN TALBERT, # 346496 )<br>    Petitioner, )<br>)<br>v. )<br>)<br>LARRY MULLINS, Inmate Hearing )<br>Officer, Red Onion State Prison, )<br>    Respondent. ) | Civil Action No. 7:07-cv-00039<br><br>**FINAL ORDER**<br><br>By: Hon. Glen E. Conrad<br>United States District Court Judge |

In accordance with the Memorandum Opinion entered this day, it is hereby

**ADJUDGED and ORDERED**

that respondent's motion to dismiss shall be and hereby is **GRANTED**; Talbert's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 shall be and hereby is **DISMISSED**; and this case shall be **STRICKEN** from the active docket of the court. Any pending motions are **DENIED as MOOT**.

The Clerk of the Court is directed to send a copy of this Order and accompanying Memorandum Opinion to the petitioner.

**ENTER:** This 24th day of July, 2007.

                        /s/ Glen E. Conrad
                        United States District Judge